IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFRED E. WILLIAMS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 03-4692 |
| | : | |
| **RAYMOND J. SOBINA** | : | |

## ORDER

**AND NOW**, this 25th day of June, 2009, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Wells Moore, no objections to the Report and Recommendation having been filed, the stay having been vacated as a result of the petitioner's failure to file an application for state post conviction relief as directed by the Order of April 14, 2005 (Document No. 36), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carol Sandra Wells Moore is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　　　 /Timothy J. Savage  
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.